UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS RODRIGUEZ,<br><br>               Plaintiff,<br><br>              -v.-<br><br>CITY OF NEW YORK and POLICE OFFICERS JOHN DOE #1-3,<br><br>               Defendants. | 25 Civ. 9566 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 27, 2026, the Court was notified that mediation in this matter was unsuccessful.  Accordingly, the parties are **ORDERED** to attend a telephonic initial pretrial conference on **June 11, 2026**, at **12:00 p.m.**  At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  The Court expects that the parties will submit a joint letter and proposed case management plan by **June 4, 2026**.

     SO ORDERED.

Dated:   May 28, 2026
          New York, New York

                                      KATHERINE POLK FAILLA
                                     United States District Judge